John A. Graham, Appellant, vs. J. J. Dunne, Appellee.

Appeal from Circuit Court, Pasco county; Barron Phillips, Judge.

H. L. Anderson, for Appellant.

No appearance for Appellee.

The bill in this cause was filed by the appellee against the appellant and H. H. Henley, Clerk Circuit Court for Pasco county. There was decree for the complainant against John A. Graham, and dismissing the bill as to H. H. Henley, Clerk Circuit Court, and the defendant Graham appeals.

Appeal dismissed on praecipe of counsel for appellant.